

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00200-CV

**IN THE INTEREST OF C.R.**, V.R., Jr. & J.R., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00860
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED September 23, 2020.

_____
Beth Watkins, Justice